UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK LOMBARDO                          CIVIL ACTION

VERSUS                                  NO: 09-512

STATE FARM FIRE AND CASUALTY            SECTION: J(5)
INSURANCE COMPANY

**ORDER**

Having been advised that Plaintiff does not oppose Defendant State Farm's **Motion for Summary Judgment (Rec. Doc. 35)** as it relates to Plaintiff's Additional Living Expenses ("ALE") claims,

**IT IS ORDERED** that Defendant State Farm's **Motion for Summary Judgment (Rec. Doc. 35)** is partially **GRANTED** and that **Plaintiff's claims for ALE are DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED** that for reasons stated in <u>Lightell v. State Farm Fire and Casualty Co.</u>, No. 08-4393, 2009 WL 4505942 at *2-3 (E.D. La. Nov. 25, 2009) (citing <u>Dickerson v. Lexington Insurance Co.</u>, 556 F.3d 290, 295 (5th Cir. 2009); <u>Smith v. American Family Life Assur. Co. of Columbus</u>, 584 F.3d 212, 218 (5th Cir. 2009); <u>Doerr v. Mobil Oil Corp.</u>, 774 So.2d 119, 124 (La. 2000)), Defendant State Farm's **Motion for Summary Judgment**

**(Rec. Doc. 35)** is hereby **DENIED** as to the remainder of Plaintiff's claims.

New Orleans, Louisiana this __6th__ day of __January__, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE